IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES KLUGE,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA. | No. C12-4018-LRR<br>No. CR08-4060-LRR<br><br>ORDER |

This matter comes before the court on Michael James Kluge's motion to alter or amend judgment (civil docket no. 27) and motion to disqualify the undersigned (civil docket no. 28). Michael James Kluge ("the movant") filed both motions on September 19, 2014. Having considered the applicable law, including but not limited to 28 U.S.C. § 455, and the record, the court concludes that recusal is not warranted. Accordingly, the motion to disqualify the undersigned is denied. Regarding the remaining motion, the movant states nothing that leads the court to a different conclusion. Accordingly, the motion to alter or amend judgment is denied.

**IT IS SO ORDERED**.

**DATED** this 26th day of September, 2014.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA